**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Charles E. DAVIS, Defendant-Appellant.**

**No. 76–2019**

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

June 22, 1977.

John L. Riley, St. Petersburg, Fla. (Court appointed), for defendant-appellant.

John L. Briggs, U. S. Atty., Jacksonville, Fla., E. Thomas Sullivan, Morris Silverstein, Ronnie L. Edelman, Attys., Dept. of Justice, Fraud Section, Crim. Div., Washington, D. C., for plaintiff-appellee.

Before AINSWORTH, MORGAN and GEE, Circuit Judges.

PER CURIAM:

AFFIRMED. See Local Rule 21.[1] *See also United States v. La Ferriere,* 546 F.2d 182 (5th Cir. 1977); *United States v. Pihakis,* 545 F.2d 973 (5th Cir. 1977); *United States v. Avalos,* 541 F.2d 1100 (5th Cir. 1976).

---

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.

1. *See NLRB v. Amalgamated Clothing Workers of America,* 430 F.2d 966 (5th Cir. 1970).